UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


TIM A. COLLETTE,

                      Plaintiff,

          v.                                  Civil No.6:11-cv-06315-TC

KELLY D. SUTHERLAND of SHAPIRO &
SUTHERLAND, as Successor Trustee, and JP
MORGAN CHASE BANK, NA, purchaser of
certain assets of WASHINGTON MUTUAL BANK
FKA WASHINGTON MUTUAL BANK, F.A.,

                      Defendants.

## JUDGMENT

This action is dismissed.

Dated: January 15, 2014


                MARY L. MORAN, Clerk


              by /s/ R. Henshaw
                  R. Henshaw, Deputy Clerk


JUDGMENT